David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Blvd., Suite 1200,
Los Angeles, California 90045
Tel: (310)242-2200
Fax: (310)242-2222

Attorneys for Defendant,
APELLES, LLC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. LANDRY, individually, and on behalf of all others similarly situated, | ) CASE NO. 5:20-cv-01766-JGB-SHK<br>)<br>) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT**<br>)<br>) |
| vs. | )<br>) |
| APELLES, LLC, | )<br>) |
| Defendant. | )<br>) |

PLEASE TAKE NOTICE that Plaintiff DONNA M. LANDRY and Defendant APELLES, LLC have reached a settlement. It is anticipated that the settling parties will complete the settlement, and file a stipulation of dismissal with prejudice, within the next forty-five (45) days from the date of this notice. The parties request that the Court retain jurisdiction of this case during said forty-five (45) day period.

1    Dated: August 27, 2021              **SULAIMAN LAW GROUP, LTD.**

2

3                                        /s/ Mohammed Badwan
                                         Mohammed Badwan
4                                        Attorney for Plaintiff
                                         DONNA M. LANDRY
5

6

7    Dated: August 27, 2021              **CARLSON & MESSER LLP**

8                                        By: /s/ David J. Kaminski
                                             David J. Kaminski
9                                            Calvin W. Davis
                                             *Attorney for Defendant,*
10                                           APELLES, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-4(2)(i), I hereby attest that all counsel whose electronic signatures in the Notice provided their authority and concurrence to file that document.

Dated: August 27, 2021                    **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
     David J. Kaminski
     Calvin W. Davis
     *Attorney for Defendant,*
     APELLES, LLC