**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA M. LANDRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APELLES, LLC,<br><br>　　　　Defendant. | Case No.  5:20-cv-01766-JGB-SHK<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, DONNA M. LANDRY and Defendant, APELLES, LLC., having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action against APELLES, LLC is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: October 12, 2021

Hon. Jesus G. Bernal
United States District Judge

1